## UNITED STATES of America v. H. G. HOUSE.

### No. 2710.

Circuit Court of Appeals, Tenth Circuit.

March 17, 1943.

Norman M. Littell, Asst. Atty. Gen., of Washington, D. C., and Charles N. Champion, Asst. U. S. Atty., of Muskogee, Okl., for cross-appellant.

Gotwals, Killey and Gibson, of Muskogee, Oklahoma, and E. C. Hopper, of Eufaula, Oklahoma, for cross-appellee.

Before PHILLIPS, BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of cross-appellant.

## John L. HUBER, Petitioner, v. UNITED STATES of America.

### No. 12544.

Circuit Court of Appeals, Eighth Circuit.

Feb. 26, 1943.

John L. Huber, pro se.

PER CURIAM.

Petition for appeal from judgment of conviction dismissed.

## Charles H. KNIGHT, Petitioner, v. UNITED STATES of America and Honorable George C. Scott, United States District Judge for the Northern District of Iowa.

### No. 12283.

Circuit Court of Appeals, Eighth Circuit.

Feb. 9, 1943.

Walter W. Calvin, of Kansas City, Mo., for petitioner.

PER CURIAM.

Leave granted to file petition for mandamus, etc., and District Court directed to consider petition to vacate judgment, etc.

## Frank U. MARTIN v. UNITED STATES of America.

### No. 2683.

Circuit Court of Appeals, Tenth Circuit.

March 23, 1943.

Walter A. Nelson, of Fort Worth, Tex., for appellant.

George H. West, U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

## Ray MATKIN et al. v. Anabell SILLS, Executrix, etc., et al.

### No. 2674.

Circuit Court of Appeals, Tenth Circuit.

March 4, 1943.

Rellis C. Eastman, of Liberal, Kan., for appellants.

Brooks and Fleeson, of Wichita, Kan., and Depew, Stanley, Weigand & Hook, of Wichita, Kan., for appellees.

Before PHILLIPS, Circuit Judge, and KENNEDY, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellants.